**E-FILED on** 9/30/05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CATALINA RODRIGUEZ BARCENAS; INES BARCENAS-SILVA; AMADA G. BARCENAS; and HIPOLITO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation; BRIDGESTONE/FIRESTONE, INC., an Ohio corporation,<br><br>Defendants. | No. C-03-04644 RMW<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM CIVIL LOCAL RULE 7-4(b)<br><br>**[Re Docket No. 269]** |

Plaintiffs' request for leave to exceed the page limit of Civil L.R. 7-4(b) is reluctantly granted. Each party has filed voluminous papers in connection with its respective *in limine* motions. Although the court feels that the *in limine* filings have been excessive, it would be unfair at this point to single out Bridgestone/Firestone because it filed a motion that included most of its *in limine* objections, as the other parties have filed numerous shorter motions.

DATED: 9/30/05                    /s/ Ronald M. Whyte
                                  RONALD M. WHYTE
                                  United States District Judge

ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM CIVIL LOCAL RULE 7-4(b)—No. C-03-04644 RMW
JAH

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff(s):**

| | |
|---|---|
| Hector Emilio Salitrero | hsalitrero@sayre-law.com |
| Douglas A. Gessell | |
| Fernando F. Chavez | |
| Thomas A. Brill | tbrill@sayre-law.com |

**Counsel for Defendant(s):**

| | |
|---|---|
| Daniel S. Rodman | drodman@swlaw.com |
| Laura M. Baskurt | lbaskurt@swlaw.com |
| Robert J. Gibson | hgibson@swlaw.com |
| Soo Y. Lin | slin@swlaw.com |
| Brian William Franklin | bfrankli@bowman-brooke.com |
| Marc R. Brosseau | |
| Richard H. Schliem, III | |
| Scott Edwards | |
| Susan T. Dwyer | |
| Thomas R. Woodrow | |
| Angus M. MacLeod | amacleod@bkscal.com |
| Bridget Anne McKinstry, Esq | bmckinstry@bkscal.com |
| Emily Diane Bergstrom | ebergstrom@bkscal.com |
| Ira D. Goldberg | igoldberg@bkscal.com |
| Mark S. Kannett | mkannett@bkscal.com |
| David Michael McLaughlin | dmclaughlin@ropers.com |
| Dennis J. Ward | |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**       9/30/05                    /s/ JH
                                  **Chambers of Judge Whyte**

ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FROM CIVIL LOCAL RULE 7-4(b)—No. C-03-04644 RMW
JAH                                                    2